USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 08/08/2024

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------x

FELIPE FERNANDEZ, on behalf of himself and all others similarly situated,

                Plaintiff,

Civil Action No: 7:24-cv-4178

  -v.-

THE RIDGE WALLET, LLC,

                Defendants.

-----------------------------------------------------------x

## NOTICE OF SETTLEMENT

Please take notice that parties have settled the above-referenced case. This settlement is contingent upon the execution of a written settlement agreement. The case will be dismissed by Plaintiff upon completion of specified conditions, in no more than 60 days from the date of this notice. Please vacate all currently scheduled dates in this matter.

DATED, this 6th day of August, 2024

/s/Rami Salim
Rami Salim
**Stein Saks, PLLC**
One University Plaza
Hackensack, NJ 07601
Ph: 201-282-6500
rsalim@steinsakslegal.com

**Defendant is directed to file a notice of appearance on or before August 15, 2024. Plaintiff is directed to inform the Court via letter whether the class action claims are being dismissed/withdrawn. Plaintiff is further directed to file a copy of this endorsement on Defendant and to file proof of service on the docket.**

**Dated: August 8, 2024**
     **White Plains, NY**

SO ORDERED:

HON. NELSON S. ROMAN
UNITED STATES DISTRICT JUDGE

1